UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMIAN CORNIELES,<br>   a/k/a "Arnoldo Rodriquez,"<br><br>                Defendant | Criminal No. 20-cr-10122<br><br>Violation:<br><br>Count One: Felon in Possession of Firearms<br>(18 U.S.C. § 922(g)(1))<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Felon in Possession of Firearms
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about December 5, 2019, in New Bedford, in the District of Massachusetts, the defendant,

DAMIAN CORNIELES, a/k/a "Arnoldo Rodriquez,"

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, that is, a Ruger LCR, .38 Special, bearing serial number 54314754; a Sears Rocbuck and Company, Ted Williams 200, 12 Gauge shotgun, bearing serial number P363840; a Glock 36, .45 caliber pistol, bearing serial number DYMUS; a Walther Arms, HK MP5, .22 caliber, bearing serial number WG011448; and an A. A. Arms Inc., model AP-9, 9mm pistol, bearing serial number 053085.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count One, the defendant,

DAMIAN CORNIELES, a/k/a "Arnoldo Rodriquez,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses. The property to be forfeited includes, but is not limited to, the following: a Ruger LCR, .38 Special, bearing serial number 54314754; a Sears Roebuck and Company, Ted Williams 200, 12 Gauge shotgun, bearing serial number P363840; a Glock 36, .45 caliber pistol, bearing serial number DYMUS; a Walther Arms, HK MP5, .22 caliber, bearing serial number WG011448; and an A. A. Arms Inc., model AP-9, 9mm pistol, bearing serial number 053085.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
GLENN A. MACKINLAY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JUNE __24__, 2020
Returned into the District Court by the Grand Jurors and filed.

　　　　　　　　　　　　　　　　　Dawn M. King 3:45pm
　　　　　　　　　　　　　　　　　DEPUTY CLERK